IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAULA JOHNSON,

Plaintiff,

v.

LELAND CHERRY
and JAMES MISTER,

Defendants.                                             No. 02-CV-1231-DRH

## ORDER

**HERNDON, Chief Judge:**

On November 20, 2007, the Seventh Circuit Court of Appeals entered a Judgment stating:

> "We VACATE the district court's fee award and REMAND the case to the district court WITH DIRECTIONS to award Clinite fees in the amount of $3,333 and costs in the amount of $786.83. The above is in accordance with the decision of the court entered on this date. Each party to bear its own costs."

(Doc. 121, p. 2). The Court received the Seventh Circuit's Mandate on December 14, 2007. Thus, pursuant to the Seventh Circuit's Judgment and Mandate, the Court **AWARDS** Clinite fees in the amount of $3,333 and costs in the amount of $786.83.

**IT IS SO ORDERED.**

Signed this 18th day of December, 2007.

/s/     *David R Herndon*
**Chief Judge**
**United States District Court**