# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAULA JOHNSON,

**Plaintiff,**

v.

LELAND CHERRY
and JAMES MISTER,

**Defendants.**  No. 02-CV-1231-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff 's pro se motion for new trial for ommission [sic], misaprrehension [sic], and fraud F.R.A.C.P. 60(b) (Doc. 123). Specifically, Plaintiff takes issue with this Court following the Seventh Circuit of Appeals' directive contained in a November 20, 2007 Mandate awarding Ms. Clinite, Plaintiff's previous attorney, fees and costs in this matter (Docs. 121, p. 2 & 122). Said motion is **DENIED**. As it must, this Court properly followed the directive of the Seventh Circuit Court of Appeals.

**IT IS SO ORDERED.**

Signed this 28th day of February, 2008.

/s/     David R Herndon
**Chief Judge**
**United States District Court**